(October 9, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BLASCO, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.), rendered on September 26, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and

agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Milonas, Rosenberger and Ellerin, JJ.